IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 MAY -9 A 10: 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Clifford L. McWhorter Jr.
_____
Full name and prison number
of plaintiff(s)

v.

Bullock County Sheriff
Dept
_____
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05CV430-F
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?  YES (   )  NO ( ✓ )

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment?  YES (   )  NO ( ✓ )

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below.  (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) _____

           _____

           Defendant(s) _____

           _____

       2.  Court (if federal court, name the district; if
           state court, name the county) _____

           _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Bullock County Jail 114 W. Hardaway St Union Spring al, 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                               ADDRESS

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  6-30-03

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

6-30-03 I call the Sheriff dept, And told A guy was tryin to stab me with A knife, They told me where ever they see him they was to Arrest him. So the guy came back, I call the sheriff again they came, the boy kept threaten me, with the

**GROUND TWO:** (Con) Sheirff begin there, I kept telling the Sherriff to get him away, The boy

**SUPPORTING FACTS:** Kept threaten me over An over, this went on more than A hour with the Sheriff there. So the boy Just came Afor me, I shot two time try to WARRen him to stop but he would Not, And he went Under his Shirt so I shot him 5 or 6 time, And the sheriff

**GROUND THREE:** Arrested me, He say for protection. the sheriff should have Arrested him be for

**SUPPORTING FACTS:** this happen, I have witness to support my statement

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want All Charges drop Against me, And punitive damages Against the Bullock Co. Sheriff dept

_Clifford Lee McWhorter Jr._
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 5-5-05
(Date)

_Clifford McWhorter Jr._
Signature of plaintiff(s)

4