IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORD L. MCWHORTER, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv430-F |
| | ) WO |
| DONAL CAMPBELL, *et al.*, | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff and that this case be and is hereby DISMISSED without prejudice prior to service of process.

Done this the 27th day of June, 2005.

                                       /s/ Mark E. Fuller
                            CHIEF UNITED STATES DISTRICT JUDGE